# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER,**
**ADC #650936**  **PLAINTIFF**

**V.**  **CASE NO. 4:20-CV-1289-JM-BD**

**DARRELL ELKIN,** *et al*.  **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.  Procedure for Filing Objections

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

### II.  Discussion

Mr. Frazier was an inmate at the W.C. "Dub" Brassell Detention Center when he filed this civil rights lawsuit on October 28, 2020. (Doc. No. 2) On January 25, 2021, mail sent to Mr. Frazier from the Court was returned as "undeliverable." (Doc. No. 12) Local rules require pro se plaintiffs, including Mr. Frazier, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them.

Local Rule 5.5(c)(2). Therefore, on January 26, the Court ordered Mr. Frazier to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc. No. 13)

To date, Mr. Frazier has not responded to the Court's January 26 Order. Meanwhile, additional items of mail sent to Mr. Frazier have been returned to the Court as "undeliverable." (Doc. Nos. 14 & 15)

### III. Conclusion

The Court recommends that Mr. Frazier's claims be DISMISSED, without prejudice, based on his failure to comply with the January 26 Order to notify the Court of his current address and his failure to prosecute this lawsuit.

DATED this 1st day of March, 2021.

*/s/ signature*
_____
UNITED STATES MAGISTRATE JUDGE