IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER,**
**ADC #650936**                                                                                    **PLAINTIFF**

V.                            CASE NO. 4:20-CV-1289-JM-BD

**DARRELL ELKIN,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Frazier's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's January 26, 2021 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 19th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE