# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARLOS RAY FRAZIER,**
ADC #650936                                                                                            **PLAINTIFF**

V.                              CASE NO. 4:20-CV-1289-JM-BD

**DARRELL ELKIN,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 19th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE